IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

URIEL J. ORTEGA,

                Petitioner,

v.

WARDEN, FCI-HERLONG,

                Respondent.

CASE NO. 2:23-CV-00570-KJN

ORDER

       Pending before the court is respondent's motion for an extension of time to file a response to petitioner's petition.  Good cause appearing, IT IS HEREBY ORDERED that respondent's motion for an extension of time (ECF No 9) is granted.  The response is now due July 21, 2023.

Dated:  July 19, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ortega570.eot

1